IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MICHAEL D. GREEN,

    Plaintiff,

v.

                              Civil Action No. 3:07CV647

DR. CROWDER, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on October 26, 2007, the Court conditionally docketed Plaintiff's action. On November 1, 2007, the Memorandum Order was returned to the Court by the United States Postal Service marked, "Return to Sender." Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                                /s/
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: _____